# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Noah J. McCourt,

            Plaintiff,

v.

City of Chaska,

            Defendant.

Case No. 19-CV-1192 (NEB/TNL)

**REPORT AND RECOMMENDATION**

In an order dated July 19, 2019, this Court directed Plaintiff Noah J. McCourt to return a completed Marshall Service Form (MSF) for Defendant. *See* Order 2, ECF No. 5. McCourt was given until August 18, 2019, to return the form, and warned that if he failed to do so, the Court would recommend that this action be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

That deadline has now passed, and McCourt has not returned the completed MSF. Indeed, McCourt has not communicated with the Court about this case at all since commencing this action. Accordingly, this Court now recommends, in accordance with its prior order, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein,

**IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Date: September 4, 2019          *s/ Tony N. Leung*
                                  Tony N. Leung
                                  United States Magistrate Judge
                                  District of Minnesota

                                  *McCourt v. City of Chaska*
                                  Case No. 19-cv-1192 (NEB/TNL)

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).