# UNITED STATES DISTRICT COURT
## District of Minnesota

**Noah J. McCourt**                                       **JUDGMENT IN A CIVIL CASE**

                Plaintiff(s),

v.                                                       Case Number: 19-cv-1192 NEB/TNL

**City of Chaska**

                Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    1. The Report and Recommendation [ECF No. 6] is ACCEPTED, and
    2. This action is DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

Date: 10/7/2019                                          KATE M. FOGARTY, CLERK

                                                                   s/Katie Thompson
                                              (By)   Katie Thompson, Deputy Clerk